**FILED**
2022 AUG 23  AM 10: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America **PLAINTIFF(S)** <br> v. <br> Russell Dwayne Lewis <br> **DEFENDANT(S)** | CASE NUMBER 22 CR 22 MAG 6717 <br> **MJ 22-03328** <br> **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Complaint
in the Southern District of New York on 8/16/2022
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 8/16/2022
in violation of Title 18 U.S.C., Section(s) 1343, 1028A
to wit: _____

A warrant for defendant's arrest was issued by: USMJ Barbara Moses

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/23/2022
             Date

| | |
|---|---|
| _[signature]_ <br> **Signature of Agent** | Nathan Cherney <br> **Print Name of Agent** |
| FBI <br> **Agency** | Special Agent <br> **Title** |