FILED

2022 AUG 23 AM 10:37

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA PLAINTIFF<br>v.<br>Russell Dwayne Lewis<br>USMS# _____ DEFENDANT | CASE NUMBER: **MJ 22-03328**<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: __8/23/2022   9:20__   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   __18 USC 1343, 1028A__

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: __1966__

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: __Duty officer__

10. Remarks (if any): _____

11. Name: __Nathan Cherney__ (please print)

12. Office Phone Number: __310-996-3915__

13. Agency: __FBI__

14. Signature: _/s/_

15. Date: __8/23/2022__

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION