FILED

Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno: Alex Rossmiller (212-637-2415) Matt Podolsky (212-637-1947)

## UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

2022 AUG 23  AM 10:37

| | |
|---|---|
| United States of America<br>v.<br>Russell Dwayne Lewis,<br>a/k/a "Clifford Ari Getz,"<br>a/k/a "Glifford Ari Getz Cohen,"<br>a/k/a "Ari Getz,"<br>a/k/a "Aryeh Getz"<br>*Defendant* | Case No. 22 Cr.<br>**MJ 22-03328**<br>**22 MAG** |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Russell Dwayne Lewis, a/k/a "Clifford Ari Getz," a/k/a "Glifford Ari Getz Cohen," a/k/a "Ari Getz",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Counts One, Two, and Three: Wire Fraud, 18 U.S.C. 1343
Count Four: Aggravated Identify Theft, 18 U.S.C. 1028A

Date: 08/16/2022

*issuing officer's signature*

City and state:   New York, New York

Barbara Moses USMJ
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____.<br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |