Nadine Hettle
Office of FPDBY
321 E. 2nd St.
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT

AUG 23 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___AF___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF v. Russell Dwayne Lewis | 22-MJ-03328 |
| DEFENDANT. | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |

I, **Russell Dwayne Lewis**, declare that
(Defendant/Material Witness)

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☒ My passport and all other travel documents issued to me are in the possession of *local or* federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of August, 20 22
at Los Angeles, CA 90012
(City and State)

_____
Signature of Defendant/Material Witness
(Nadine Hettle for Russell Dwayne Lewis)

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____

_____
Interpreter

CR-37 (05/15)   DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS